

# THE THIRTEENTH COURT OF APPEALS

---

## 13-18-00412-CV

---

Edinburg Consolidated Independent School District and Mike Morath, Commissioner of Education for the State of Texas

v.

Cristina L. Esparza

---

On Appeal from the
275th District Court of Hidalgo County, Texas
Trial Court Cause No. C-1553-17-E

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED in accordance with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

March 19, 2020